```
                                                           FILED
                                                       January 19, 2007
       UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                                      EASTERN DISTRICT OF
          EASTERN DISTRICT OF CALIFORNIA                   CALIFORNIA
                                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA,       )
                                )       Case No. 2:91CR00154-DFL
           Plaintiff,           )
v.                              )       ORDER FOR RELEASE OF
                                )       PERSON IN CUSTODY
WESLEY DWAYNE JONES,            )
                                )
           Defendant.           )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  WESLEY DWAYNE JONES , Case No. 2:91CR00154-DFL , Charge  Supervise Release Violation , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __ Release on Personal Recognizance

      __ Bail Posted in the Sum of $__

          __ Unsecured Appearance Bond

          __ Appearance Bond with 10% Deposit

          __ Appearance Bond with Surety

          __ Corporate Surety Bail Bond

      ✔ (Other)   Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  January 19, 2007  at  2:00 pm .

                                            By  /s/ Gregory G. Hollows
                                                   Gregory G. Hollows
                                                   United States Magistrate Judge

Copy 5 - Court