1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   WESLEY D. JONES
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,        )  NO. 2:91-CR-0154
                                    )
12                  Plaintiff,      )
                                    )  MOTION FOR BAIL REVIEW; ORDER
13      v.                          )  SHORTENING TIME.
                                    )
14 WESLEY D. JONES,                 )
                                    )
15                  Defendant.      )  Date:  October 1, 2009
                                    )  Time:  2:00 p.m.
16 _____  )  Judge: Hon. Kimberly J. Mueller

17

18 **TO: LAWRENCE G. BROWN, United States Attorney, and SAMUEL WONG,
   Assistant United States Attorney, Counsel for Plaintiff:**
19
        **PLEASE TAKE NOTICE** that on October 1, 2009, or as soon thereafter
20
   as the matter may be called before the duty Magistrate Judge, Wesley D.
21
   Jones, will move for an order reviewing his detention pending
22
   completion of hearing on a petition to revoke his supervised release,
23
   and to permit his temporary release to permit him to visit his ailing
24
   mother in Stockton, CA.
25
        This motion is based on this pleading, the files and records of
26
   this case and such other pertinent matter as may appear during the
27
   consideration of this motion.
28

1

**FACTS**

2    Mr. Jones was sentenced in 1992 to prison for bank robbery.  He

3  entered onto supervised release in 2005.  His history while on

4  supervision is summarized in the petition to revoke supervised release

5  now pending before the Honorable John A. Mendez. CR 89.  As pertains to

6  this motion, Mr. Jones initially appeared on this petition on July 1,

7  2009, following completion of a state parole revocation term imposed

8  for use of a controlled substance.  At that time the Federal Defender

9  was appointed and Mr. Jones was detained.

10    On August 11, 2009, Judge Mendez ordered that a hearing on the

11  petition be set for October 6, 2009.  In response to inquiry, he

12  requested that any request for consideration of release be heard

13  initially by the duty magistrate.  Undersigned counsel, through no

14  fault of Mr. Jones', failed to make any such request before today.

15    The purpose of the request is to permit Mr. Jones to visit his

16  mother, Doris Palmer, who resides in Stockton, CA and who has been

17  ailing for some time.  Mr. Jones is aware that if his supervision is

18  revoked he faces several more months in custody, and is concerned that

19  he may not get to see her again, if her health should fail.

20    Counsel for Plaintiff and the supervising probation officer have

21  been advised of this motion.  Thursday is a convenient day for the

22  Probation Officer.  Mr. Samuel Wong has not responded to counsel's

23  inquiry as of this filing.

24    The probation officer has advised counsel that she opposes this

25  motion.  She further advised that, if granted, she would recommend a

26  short day visit, rather than a release to a further hearing date.

27

28                                    2

**Legal Provisions**

Federal Rule of Criminal Procedure 32.1(a)(6) provides:

> **(6) Release or Detention.**  The magistrate judge may release or detain the person under 18 U.S.C. § 3143(a) pending further proceedings.  The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the person.

Mr. Jones' violation conduct has centered on his on-going struggle with drug use.  He has not committed acts of violence is not a danger to any individual, or to the community on that basis.  To counsel's knowledge he has not failed to appear for hearings during earlier proceedings.  Particularly, in 2007, the matter was continued several times while Mr. Jones was out of custody, and he appeared for sentencing.  CR 70 - 76.

Mr. Jones will seek to address the court concerning the importance of the opportunity to visit his mother and concerning his intentions to fully abide by the terms of release, should the court grant it.

Dated:  September 28, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender


/s/ Jeffrey L. Staniels

_____
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
WESLEY D. JONES

/ / / /

/ / / /

3

1

**ORDER**

2        The request for an order shortening time is hereby GRANTED.  This

3   motion shall be placed on the 2:00 p.m. Duty Calendar for October 1,

4   2009.

5        **IT IS SO ORDERED.**

6                              By the Court,

7

8   DATED:  September 28, 2009.

9

10                              _____
                                U.S. MAGISTRATE JUDGE
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                  4